

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2019

No. 04-18-00477-CV

Robert **TYSON**, Carl and Kathy Taylor, Linda and Ron Tetrick and Ruthie Nilson,
Appellants

v.

Robert N. **FREEMAN** II as Principal of Medina Livestock Sales Company, LTD.,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-13-0000356
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellants have filed a motion to expedite mandate. Appellee is ORDERED to file any written objection to appellants' motion no later than March 11, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court